# United States District Court

_____ DISTRICT OF COLORADO  05-0455M-01.

UNITED STATES OF AMERICA

v.

GODERICK AUGUSTUS BENJAMIN.

**WARRANT FOR ARREST**

CASE NUMBER: 05-CR-248 WM

FILED
AUG 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Goderick Augustus Benjamin
                                        Name

and bring him forthwith to the nearest magistrate to answer an

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

Wire Fraud, Mail Fraud, Monetary Transactions in Property Derived from Specified Unlawful Activity, and Tax Evasion

in violation of Title 18 United States Code, Sections 1343, 1341 and 1957;
Title 26 United States Code, Section 7201

GREGORY C. LANGHAM
Clerk, U. S. District Court
Name of Issuing Officer

[signature] Brown
Signature of Issuing Officer

Title of Issuing Officer

Denver, Colorado    7/28/05
Date and Location

BAIL FIXED AT $_____    by_____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 121 DIA Access Rd SW #121 BOLLING AIR FORCE BASE |

| DATE RECEIVED 07/28/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 08/11/05 | Alison Arbogast Special Agent IRS-CI | [signature] Alison Arbogast |