**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001**
Date: 8/18/05

Nancy Mayer-Whittington
Clerk of the Court

FILED
SEP 0 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Address of Other Court:   C-145 Byron G. Rogers
                          United States Courthouse
                          1929 Stout Street
                          Denver, CO. 80294-3589

RE: CR 05MG455
Goderick Augustus Benjamin

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter dated 8/11/05. | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
        Deputy Clerk

RECEIVED

SEP 0 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT